HARTMAN BANKRUPTCY LAW
GREGORY S. HARTMAN, SBN: 252941
1300 Clay St., Suite 600
Oakland, CA 94612
(510) 227-5325

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>CHRISTEN ANNE SCHREPEL,<br>Debtor | Case No. 17-40378 CN<br>Chapter 13<br><br>SUBSTITUTION OF COUNSEL<br><br>Judge: Hon. Charles Novack |

The Court and all parties are notified that the Debtor, Christen Anne Schrepel, hereby substitutes herself, pro se, as her own attorney of record, in the place and stead of Gregory S. Hartman, 1300 Clay St., Suite 600, Oakland, CA.

Dated: February 24, 2017

I accept the substitution.

CHRISTEN ANNE SCHREPEL

I acknowledge the substitution.

/s/
GREGORY S. HARTMAN



Case: 17-40378 Doc# 21 Filed: 02/27/17 Entered: 02/27/17 16:28:13 Page 1 of 1